No. 99–8945. BOBROWSKY *v.* TOYOTA MOTOR CORP. ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 26, 2000, within which to pay the docketing fee required

by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.